UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

          Petitioner,

    v.

R. J. RACKLEY,

          Respondent.

Case No. 14-cv-03968-WHO (PR)

**ORDER OF TRANSFER**

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Fisher challenges a conviction he received in the San Joaquin County Superior Court, which lies in the Eastern District.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: September 12, 2014



WILLIAM H. ORRICK
United States District Judge